IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-mj-1209-DLC |
| | ) | |
| THANH TAM THAO HUYNH | ) | |
| aka TIFFANY HUYNH, | ) | |
| Defendant | ) | |

GOVERNMENT'S MOTION TO SEAL
COMPLAINT

The United States respectfully moves this Court to order that the Complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter be sealed (and that no person shall disclose the issuance of such documents except as necessary for the execution of the warrants and in order to provide notice to the defendant and her counsel of the nature of the charges against her), as the immediate public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

As part of its motion, the government further requests that the Complaint, supporting affidavit, this motion, the Court's order on this motion, and all related paperwork be automatically unsealed upon the arrest of the defendant, which would allow, among other things, the provision of the Complaint and affidavit to the defendant and her counsel.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

ALLOWED
*D-W-thGied* USMJ
12/13/2017

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: _____
MARK J. BALTHAZARD
Assistant U.S. Attorney

Date: December 13, 2017

2