# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, JENNIFER HALE KEENAN, being duly sworn, depose and state as follows:

## Introduction

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") currently assigned to the Boston, Massachusetts Field Office. I have been a Special Agent with the FBI for approximately 27 years, and since joining the FBI, I have been assigned to squads investigating economic crimes, including securities fraud, as well as national security and counter terrorism. As a federal agent, I am authorized to investigate violations of United States law and to execute warrants issued under the authority of the United States.

2. In the course of my employment, I have received training and have been involved in the use of investigative techniques such as interviewing informants and cooperating witnesses; conducting physical surveillance; consensual and court-authorized monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone and pen register data; and analyzing financial records.

3. I make this affidavit in support of a criminal complaint charging THANH TAM THAO HUYNH, aka TIFFANY HUYNH ("HUYNH"), with wire fraud in violation of Title 18, United States Code, Section 1343.

4. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

**Background**

5.  HUYNH is a Canadian citizen who has been residing in Massachusetts since at least March 2016.

6.  HUYNH was employed by Company A as its accountant/bookkeeper from about March 2016 through about December 2017.  Company A is a corporation with offices in Boston, Massachusetts.

7.  According to HUYNH's resume, she is a Certified Public Accountant (CPA) and Certified Management Accountant (CMA), and she held previous positions as an accountant and bookkeeper prior to being hired by Company A.

8.  As Company A's accountant and bookkeeper, HUYNH was responsible for day-to-day accounting, paying bills by check and wire transfer, and making journal entries in Company A's books and records.  She was also responsible for reviewing Company A's bank account statements, including for accounts maintained at Bank of America and Royal Bank of Canada.  HUYNH was issued a credit card on Company A's Bank of America credit card account for authorized business purposes.

**The Wire Fraud Scheme**

9.  From in or about September 2016 through in or about December 2017, HUYNH used her position at Company A to convert approximately $590,000 from Company A's accounts to her own personal use.  HUYNH did so by wiring funds from Company A's account at Royal Bank of Canada to accounts controlled by HUYNH or persons associated with HUYNH, and by incurring unauthorized charges on Company A's credit card for HUYNH's personal benefit.

10. From in or about February 2017, through in or about October 2017, HUYNH, by means of international wires she initiated from Massachusetts, caused Royal Bank of Canada to transfer Company A's funds on more than thirty occasions to unknown accounts. The total amount of those transfers was at least $400,000. None of those transfers was for the benefit of Company A and none was authorized by Company A.

11. On several occasions during the months prior to Company A discovering the unauthorized transfers, HUYNH provided false information to her supervisor at Company A concerning the amount of funds on deposit in the Royal Bank of Canada account. HUYNH advised her supervisor that the account contained more than $500,000, when in fact it held only around $9,000.

12. On at least one occasion when HUYNH's supervisor requested the login and password information for the Royal Bank of Canada account, HUYNH gave her supervisor false password and login information.

13. To further conceal her actions, HUYNH changed the account notification email for Company A's Royal Bank of Canada account to HUYNH's personal email account.

14. From in or about September 2016 through at least in or about November 2017, HUYNH caused dozens of unauthorized charges on Company A's business credit card for HUYNH's personal expenses, including her home rent, auto payments and to purchase thousands of dollars' worth of retail store gift cards. The charges were paid for by automatic payments from Company A's bank account to the credit card company. As part of her job, HUYNH knew that those payments would be made.

15. As part of her job, HUYNH was responsible for the receipt and management of Company A's credit card statements. HUYNH provided her supervisor with the

credit card charge information to review, but with the information concerning her personal charges removed.

## Company A Discovers the Fraud and HUYNH Confesses

16. On or about November 30, 2017, HUYNH's supervisor requested HUYNH provide the supervisor with information concerning the account balances at Company's Royal Bank of Canada account in order to make a large transfer to a Company A account in the United States. This was not the first request made of HUYNH regarding the Royal Bank of Canada account. As with previous requests, HUYNH provided the supervisor with false excuses about why she could not access the account. Previous requests had been made and HUYNH had provided a variety of excuses as to why she (HUYNH) could not provide the Royal Bank of Canada account information, or she provided incorrect password and login information.

17. On or about December 1, 2017, HUYNH informed her supervisor by email that she had a family emergency and had to travel immediately to Canada where she had family.

18. Also on December 1, 2017, Company A's owners learned that Company A's Royal Bank of Canada account contained only about $9,000. Company A's owners had understood the account to contain nearly $500,000 at that time.

19. On or about December 1, 2017, Company A's owners communicated with HUYNH by email, text message, and telephone. In those communications, HUYNH admitted that she had taken a total of about $427,246.89 from Company A's Royal Bank of Canada account because she had been desperate for money. HUYNH also sent to Company A a one page document which she represented listed all of the unauthorized

wire transfers HUYNH had made from Company A's Royal Bank of Canada account. The document contains 32 transactions from February 2017 through October 2017, including on August 14, 2017, August 28, 2017, and October 24, 2017. Company A has advised that none of the transactions had been authorized.

20. On or about December 4, 2017, HUYNH met at Company A's office with several of Company A's senior managers. HUYNH advised them that she was in the process of wiring $380,000 back to Company A. As of December 12, 2017, Company A advised that it has not received any such wire to its accounts. During that meeting, HUYNH also provided a copy of about fifty pages of account statements from Company A's Bank of America credit card account, with the charges she admitted were unauthorized on them. HUYNH highlighted approximately $161,032.96 in unauthorized charges. The charges include the purchase of dozens of Home Depot Gift Cards, airline tickets for HUYNH and HUYNH's associates, and automotive related charges.

21. On or about December 11, 2017, HUYNH spoke with a senior manager of Company A. HUYNH advised them that proceeds from Company A's Royal Bank of Canada account had been ultimately transferred to a bank account or accounts in the United States. However, to date, I have not been able to obtain records that evidence the disposition of funds that HUYNH transferred from Company A's Royal Bank of Canada account.

22. In total, HUYNH defrauded Company A of approximately $588,278.00.

**Conclusion**

23. Based on my knowledge, training, and experience and the facts set forth in this affidavit, I have probable cause to believe, and I do believe that, from in or about September 2016 and continuing through November 2017, THANH TAM THAO HUYNH, aka TIFFANY HUYNH, committed wire fraud in violation of Title 18, United States Code, Section 1343 and, in furtherance of her fraudulent scheme, she caused international wires to be transmitted on or about August 14, 2017, August 28, 2017, and October 24, 2017.

Sworn to under the pains and penalties of perjury.

_____
Jennifer Hale Keenan, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me December 13, 2017

_____
The Honorable Donald L. Cabell
United States Magistrate Judge

